UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

TERESA PAULA BURNS                                    Case No. 15-20816-JKO
                                                      Chapter 13
                 Debtor            /

**MOTION FOR SANCTIONS AGAINST CITIMORTGAGE, A/K/A U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST D/B/A BSI FINANCIAL SERVICES FOR FAILURE TO COMPLY WITH COURT ORDER GRANTNG MOTION TO APPROVE LOAN MODIFICATION AGREEMENT WITH LENDER, AS FILED BY LENDER, DE# 112 (MOTION) AND DE# 114 (ORDER)**

The Debtor, Teresa Paula Burns, by and through the undersigned counsel, files this *Motion for Sanctions Against CitiMortgage, a/k/a U.S. Bank Trust National Association as trustee of Cabana Series III Trust d/b/a BSI Financial Services for Failure to Comply with Court Order to Grant Debtor a Permanent Loan Modification*, and in support thereof states:

1. Debtor filed a Voluntary Petition for relief under Chapter 13, Title 11, of the United States Code on June 15, 2015.

2. On or about May 7, 2019, Debtor entered into a Trial Period Payment [TPP] with CitiMortgage Inc. ("CitiMortgage") which was approved by this Court at DE# 82.

3. On January 18, 2017, CitiMortgage filed Objection to Confirmation of the Sixth Modified Plan along with a Notice to Mortgage Payment Change [DE #92].

4. Although Debtor made the requisite Trial Payments to the Lender, and despite continuous contact with the Lender through the DMM Portal, CitiMortgage had not granted a permanent loan modification to Debtor.

5. On March 1, 2017, Debtor filed the Seventh Modified Plan [DE #95] along with a Motion to Compel CitiMortgage to Grant the Debtor a Permanent Loan Modification [DE#100] (*See* Exhibit A).

6. On April 5, 2017, CitiMortgage withdrew its Objection [DE# 102].

7. On April 13, 2017, CitiMortgage filed a Response to Debtor's Motion to Compel, requesting a 30-day continuance while CitiMortgage reviewed its records on Debtor's account [DE #104].

8. On June 27, 2017, CitiMortgage filed Ex-Parte Motion to Approve Loss Mitigation/Mortgage Modification Agreement[1] [DE# 112], which was granted on July 5, 2017, pursuant the Court's Order [DE #114] ("Court's Order Approving the Agreement").

9. On September 27, 2017, CitiMortgage transferred its claim to U.S. National Bank National Association d/b/a Nationstar Mortgage LLC [DE #129].

10. Then, on December 26, 2018, U.S. National Bank Association transferred its claim to U.S. Bank Trust National Association as trustee of the Chalet Series III Trust d/b/a Shellpoint Mortgage Servicing [DE #135].

11. More recently, on February 1, 2019, U.S. Bank Trust National Association as trustee of the Chalet Series III Trust transferred its claim to U.S. Bank Trust National Association as trustee of Cabana Series III Trust d/b/a BSI Financial Services ("Current Servicer").

12. Despite receipt of the Court's Order Granting the Agreement, Current Lender, is willfully violating this Court's instructions, and continues to not grant Debtor a permanent loan modification as ordered.

13. Undersigned counsel has repeatedly contacted the Lender, while receiving guarantees that the permanent loan modification was granted.

14. On January 9, 2020, once again despite the loan modification approval, the Lender filed a Notice of Mortgage Payment Change which now states that the Debtor's regular monthly payment is $ 4,191.22 per month, which is triple the agreed upon loan modification. In addition, the attachment to the notice shows an arrearage of over $ 30,000.00 dollars despite the Debtor being current in her confirmed Twelfth Modified Chapter 13 plan.

15. The Debtor is suffering from severe emotional distress due to this situation as she has gone through the bankruptcy process in good faith, maintaining her payments to the Chapter 13 Trustee, yet is now being advised that she is in arrears once again.

16. The Debtor only has six months left to her bankruptcy case, thereby putting even more pressure on her to resolve this matter, as she can not possibly cure over $ 30,000.00 in arrears and still pay triple that which was promised to her.

---

1. In that motion, CitiMortgage noted the new principal balance of the loan as $210, 232.80, where payments in the amount of $1,310.60 would begin in February 1, 2017 and that the loan would mature in March 1, 2034.

WHEREFORE the Debtor, TERESA PAULA BURNS, respectfully moves for the entry of an Order Granting this motion, finding CitiMortgage a/k/a U.S. Bank Trust National Association as Trustee of Cabana Series III Trust d/b/a BSI Financial Services in contempt, compelling compliance with the this Court's Order Approving the Agreement entered on July 5, 2019, assessing attorney's fees against Lender in the amount of five-thousand dollars ($5,000.00), imposing monetary sanctions against Lender in the amount of ten-thousand dollars ($10,000.00); and for whatever further relief this Honorable Court deems just and proper.

Respectfully submitted this 28th day of January 2020.

**VAN HORN LAW GROUP, P.A.**
330 N. Andrews Ave., Suite 450
Fort Lauderdale, Florida 33301
(954) 765-3166
(954) 756-7103 (facsimile)
Chad@cvhlawgroup.com
By: /s/ Chad Van Horn, Esq.
Chad Van Horn, Esq.
Fla Bar #64500