**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:  Case No: 15-20816-JKO
       Chapter 13

TERESA PAULA BURNS,

           Debtor.       /

**DEBTOR'S OBJECTION TO NOTICE OF MORTGAGE**
**PAYMENT CHANGE FILED BY U.S. BANK NATIONAL ASSOCIATION, AS**
**TRUSTEE OF CABANA SERIES III TRUST**

TERESA PAULA BURNS (the "Debtor"), by and through undersigned counsel, and files this Objection to the Notice of Mortgage Payment Change filed by U.S. Bank National Association, as Trustee of Cabana Series III Trust (hereinafter the "Lender") and in support thereof states:

1. Debtor filed her Chapter 13 bankruptcy petition on June 15, 2016 (DE 1).

2. Debtor's Thirteenth Modified Plan (the "Confirmed Plan") was confirmed by Order of this Court on August 9, 2017 (DE 127).

3. On January 9, 2020, the Lender filed a Notice of Mortgage Payment Change (Supplement to Claim #6), seeking to increase the Debtor's monthly payment for escrow from $3,714.21 to $3, 498.32.

4. The Debtor objects to the Notice of Mortgage Payment Change as there is a permanent loan modification already in place and such amount is not subject to change by the Lender.

WHEREFORE, Teresa Paula Burns, respectfully requests this Court enter an Order striking the Notice of Mortgage Payment Change filed by U.S. Bank National Association, as Trustee of Cabana Series III Trust, and such other and further relief as this Court deems just and proper.

Dated this 28th day of January, 2020.

                                             **VAN HORN LAW GROUP, P.A.**
                                             330 N Andrews Ave., Suite 450
                                             Fort Lauderdale, FL 33301
                                             Telephone: (954) 765-3166
                                             Facsimile: (954) 756-7103
                                             Email: Chad@cvhlawgroup.com

By: /s/  **Chad T. Van Horn, Esq.**
       Chad T. Van Horn, Esq.
       Florida Bar No. 64500